David P. Matthews
TX No. 13206200
Jason C. Webster
TX No. 24033318
**MATTHEWS & ASSOCIATES**
2905 Sackett St.
Houston, TX 77098
(713) 522-5250
(713) 535-7184 facsimile
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **Case No. 06-6517 CRB**<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Conrad Meisler,<br><br>      Plaintiffs,<br><br>   vs.<br><br>Pfizer Inc., et al.<br>      Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Conrad Meisler, and Defendants, by and through the

undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

stipulate to the dismissal of this action **with prejudice** as to the plaintiff named herein only with

each side bearing its own attorneys' fees and costs.

DATED: Jan. 12, 2010   MATTHEWS & ASSOCIATES


By: _____
   David P. Matthews
   *Attorneys for Plaintiffs*

-1-

DATED: Jan. 12, 2010     DLA PIPER LLP (US)

By: _____

Michelle W. Sadowsky
*Attorneys for Defendants*


**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 1 7 2010

_____

Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE